No. 794. AMALGAMATED LITHOGRAPHERS OF AMERICA (IND.) ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Carl Slater* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Helen F. Humphrey* and *Quentin O. Young* for Lithographers & Printers National Association, Inc., et al., respondents.

No. 798. YORK *v.* FLORIDA SOUTHERN CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Charles R. Vickery, Jr.* for petitioner. *Solicitor General Cox, Peter A. Dammann* and *David Ferber* for the Securities and Exchange Commission, and *John W. Prunty* for the trustee, respondents.

No. 802. TROTTER ET AL. *v.* AMALGAMATED ASSOCIATION OF STREET ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 1303, ET AL. C. A. 6th Cir. Certiorari denied. *Dee Edwards* for petitioners. *Bernard Cushman* and *Ralph W. Cole* for respondents.

No. 811. F. W. WOOLWORTH Co. *v.* MEIS, TRUSTEE. C. A. 7th Cir. Certiorari denied. *Anan Raymond* for petitioner. *Horace E. Gunn* for respondent.

No. 817. WARRINER *v.* FINK ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. James Lawrence King* for respondents.

No. 831. GENERAL ELECTRIC Co. ET AL. *v.* KIRKPATRICK. C. A. 3d Cir. Certiorari denied. *Henry W. Sawyer III* and *Lewis H. Van Dusen, Jr.* for petitioners. *Harold E. Kohn* and *Aaron M. Fine* for respondent.